# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **CASE NO.  4:13-cr-1-MW/CAS**

**DEREK HARRIS,**

      **Defendant.**

_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

The Court has considered, without hearing, the unopposed Motion for Continuance (Renewed), ECF No. 55, filed January 29, 2014.  The motion to continue the sentencing now scheduled for January 31, 2014, is **GRANTED**.  The Clerk shall re-set sentencing.

     **SO ORDERED on January 29, 2014.**

                             **s/Mark E. Walker**
                             **USnited States District Judge**